# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| STEPHEN BROWN,<br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES POSTAL SERVICES<br>DOMESTIC CLAIMS, et al.,<br>*Defendants.* | CIVIL ACTION<br><br>No. 23-2554 |

### ORDER

**AND NOW**, this **11th** day of **March 2024**, upon consideration of Defendants' Motion to Dismiss (ECF No. 20) and Reply in Support of that Motion (ECF No. 22), and having received no response from Plaintiff, it is hereby **ORDERED** that the Motion (ECF No. 20) is **GRANTED WITH PREJUDICE** and the case is **DISMISSED**. The Clerk of Court is directed to close the case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**