### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **STEPHEN BROWN,** *Plaintiff,* v. **UNITED STATES POSTAL SERVICES DOMESTIC CLAIMS, et al.,** *Defendants.* | CIVIL ACTION No. 23-2554 |

## FINAL ORDER

**AND NOW**, this **10th** day of **April 2024**, upon consideration of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss (ECF No. 26) and Plaintiff's Letter to the Courts (ECF No. 27), with the Court having reviewed and confirmed its prior Memorandum and Order (ECF Nos. 24, 25), it is hereby **ORDERED** that the Defendant's Motion to Dismiss (ECF No. 20) remains **GRANTED WITH PREJUDICE** and the case is **DISMISSED** as of this date. The Clerk of Court is directed to close the case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**